witnesses. The few questions that were permitted by the trial court were solely to clarify testimony or to aid in the defense of Edwards *without* detracting from the defense of Brown.

We therefore affirm the judgment.

Affirmed.

SEIDENFELD, P. J., and GUILD, J., concur.

ALFRED R. ZABEL *et al.*, Plaintiffs-Appellees, *v.* ALVIN KORAN, Defendant-Appellant.

(No. 74-118; ▮▮▮)

Second District (1st Division)—April 24, 1975.

580

Donald J. Weaver, of Geister, Schnell, Richards, & Brown, of Elgin, for appellant.

Quetsch & O'Reilly, of Wheaton, for appellees.

The People of the State of Illinois, Plaintiff-Appellee, *v.* Francis Mahon, Defendant-Appellant.

(No. 74-148;

Second District (1st Division)—April 24, 1975.

Opinion by Mr. JUSTICE GUILD.